IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-01400-REB-BNB | Date: April 28, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

ANGELINA WHITTIKER,                                             Lucia Williams

        Plaintiff(s),

v.

CINNAWORKS, LLC.,

        Defendant(s),

U.S.BANK,

        Garnishee.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in session:      3:29 p.m.

Appearances of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:  Verified motion for contempt [Doc. #27; filed 4/5/11] is taken under advise for reasons stated on the record.**

Court in Recess      3:33 p.m.      Hearing concluded.      Total time in Court: 00:04

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.