IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01400-WYD-BNB

ANGELINA WHITTIKER,

    Plaintiff,

v.

CINNAWORKS, LLC,

    Defendant.

---

**ORDER**

---

    THIS MATTER, having come before the Court this 4th day of October, 2011, upon Plaintiff's Motion for Order Directing U.S. Marshal to Serve Writ of Execution, and the Court having been fully advised in the premises, it is hereby

    ORDERED that the motion [ECF No. 39] is **GRANTED** and it is

    FURTHER ORDERED that the U.S. Marshal shall serve the Writ of Execution issued to Plaintiff by this Court on September 22, 2011.

    Dated:  October 4, 2011

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge