IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   09-cv-01400-WYD-BNB

ANGELINA WHITTIKER,

    Plaintiff,

v.

CINNAWORKS, LLC,

    Defendant.

## ORDER

THIS MATTER comes before the court on Plaintiffs Motion for Order for Writ of Garnishment in Aid of Writ of Attachment [ECF No. 42], filed October 17, 2011.   Upon review of the file and the motion, Plaintiff's Motion for Order for Writ of Garnishment in Aid of Writ of Attachment is **GRANTED**.

Dated:   October 21, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge