IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01400-WYD-BNB

ANGELINA WHITTIKER,

Plaintiff,

v.

CINNAWORKS, LLC,

Defendant,

v.

PACIFIC CITY BANK,

Intervenor.

_____

**ORDER**

_____

Counsel for plaintiff and the intervenor appeared this morning for a status conference at my request.  At the conference, I was informed that the plaintiff has resolved her collection efforts against Cinnaworks, LLC, which will also resolve the matters in dispute by intervention. The parties indicated that the intervenor will file a stipulation or motion to dismiss its claims, if at all, on or before **January 16, 2012**.

IT IS ORDERED:

(1)     The intervenor shall file a stipulation or motion to dismiss its claims, if at all, on or before **January 16, 2012**; and

(2)      In the event the stipulation or motion to dismiss is not filed, on or before

**January 30, 2012**, the parties shall file a status report addressing the status of the case and all

pretrial deadlines required to be set.

Dated December 21, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge