IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   09-cv-01400-WYD-BNB

ANGELINA WHITTIKER,

    Plaintiff,

v.

CINNAWORKS, LLC,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss Complaint in Intervention Without Prejudice, [ECF No. 65], filed January 5, 2012.   After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulation should be approved and PCB's Complaint in Intervention [ECF No. 53] be **DISMISSED WITHOUT PREJUDICE** from this action.   Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss Complaint in Intervention without Prejudice, [ECF No. 65], filed January 5, 2012, is **APPROVED** and PCB's Complaint in Intervention [ECF No. 53], filed November 15, 2011 is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own attorney fees and costs.

Dated:   January 23, 2012

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Chief United States District Judge